# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS ) | MDL 875 |
| LIABILITY LITIGATION (NO. VI) ) | |

---

# IN THE UNITED STATE DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ELIZABETH FRIERSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. CV-08-363 |
| GOODRICH CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW, each Plaintiff identified in the Complaint of this matter as well as any amendments thereto (herein after referred to as "Plaintiff"), and Defendant, Goodrich Corporation f/k/a BF Goodrich, by and through their respective counsel of record, and voluntarily agree to the dismissal of the above-referenced action with respect to Goodrich Corporation, without prejudice, and hereby request this Honorable Court to enter an Order dismissing this case as to Defendant, Goodrich Corporation, without prejudice, with each party to bear his, her or its own costs.

DOCSBHM\1659228\1\

_____
G. Patterson Keahey, Jr., Esq.
Attorney for Plaintiff

OF COUNSEL:
G. Patterson Keahey, P.C.
One Independence Plaza, Suite 612
Birmingham, AL 35209

_____
Robert R. Baugh, Esq.
Attorney for Defendant, Goodrich
Corporation f/k/a BF Goodrich

OF COUNSEL:
SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.: (205) 930-5100
Fax: (205) 930-5101

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of October, 2009, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Robert R. Baugh
Of Counsel