# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL 875 |

_____

## IN THE UNITED STATE DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ELIZABETH FRIERSON, et al., | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. CV-08-363 |
| GOODRICH CORPORATION, et al., | |
| Defendants. | |

## ORDER OF DISMISSAL

This matter having come before the court on the Joint Stipulation of Dismissal Without Prejudice, which has been executed by counsel for Plaintiff and counsel for Defendant, Goodrich Corporation, and the court having reviewed the same and deeming it to be just, appropriate and proper, it is hereby ordered, adjudged and decreed that the Defendant, Goodrich Corporation is hereby dismissed, without prejudice, each party to bear its own costs.

DONE and ORDERED this _____ day of _____, 2009.

_____
HONORABLE JAMES T. GILES

DOCSBHM\1659232\1\